UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARCELO TORRES-LUTZ
and CECILIA TORRES,

    Plaintiff,

v.                                CASE NO: 2:09-cv-575-UA-DNP

SHANDONG TAIHE CONGXIN
STOCK CO., *et al.*,

    Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the clerk is directed to transfer this case pursuant to Local Rule 1.02(e) to the Tampa Division of the Middle District of Florida because the home in question is located in Venice, Sarasota County, Florida, which is part of the Tampa Division. See Local Rules 1.02(b)(4). Consequently, this proceeding should have been instituted in the Tampa Division. See Local Rule 1.02(c). The clerk is further directed to **close** the Fort Myers case following transfer.

**DONE AND ORDERED** at Tampa, Florida, on September 2, 2009.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel/Parties of Record